THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

Case No.: 8:22-CV-00668-SCB-SPF

BW TANKERS PTE LTD.,

   Plaintiff,

v.

BARGE OSG 242, TUG OSG COLUMBIA, *in rem*,
OSG 242 LLC, OSG COLUMBIA LLC and
OSG SHIP MANAGEMENT, INC., *in personam*,

   Defendants.
_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

  The parties hereto, pursuant to the Court's Case Management and Scheduling Order (Doc. 19) dated August 26, 2022 file this, their Joint Notice of Selection of Mediator as follows:

  The parties hereto have selected Gregory Holder as the mediator to conduct mediation in this matter.

## CERTIFICATE OF SERVICE

  I hereby certify that on October 25, 2022, I filed the foregoing using the Clerk's CM/ECF system. I also certify that the foregoing document is being served to: **David W. McCreadie, Esquire**, and Elbert T. Martin, Esquire, 100 S. Ashley Drive, Suite 1650, Tampa, FL 33602.

            */s/ Jacob J. Munch*

            JACOB J. MUNCH
            E-mail: jake@munchandmunch.com
            Florida Bar Number 376523

CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff*

and

Patrick F. Lennon, Esq.
Kevin J. Lennon, Esq.
Lennon, Murphy & Phillips, LLC 1599 Post Road East
Westport, CT 06880
(203) 256-8600
(203) 256-8615 fax

pfl@lmplaw.net
kjl@lmplaw.net