UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

BW TANKERS PTE LTD.

     Plaintiff,

                                   Case No. 8:22-cv-00668-SCB-SPF

v.

BARGE OSG 242, TUG OSG COLUMBIA,
*in rem*, OSG 242 LLC, OSG COLUMBIA LLC
and OSG SHIP MANAGEMENT, INC.,
*in personam*,

     Defendants.

_____/

**UNOPPOSED MOTION FOR EXTENSTION
OF TIME TO RESPOND TO AMENDED COMPLAINT**

Defendants – BARGE OSG 242 and TUG OSG COLUMBIA, *in rem*, and OSG 242 LLC, OSG Columbia, LLC and OSG Ship Management, Inc., *in personam* – file this unopposed motion for a ten (10) day extension of time to answer the plaintiff's second amended verified complaint (Dkt. #23). Defendants seek to move the deadline from December 30, 2022 to January 9, 2023.

1.     On December 16, 2022, plaintiff filed its second amended verified complaint. (Dkt. #23.)

2.     The due date for the defendants' response is December 30, 2022.

3.     Defendants seek a ten (10) day extension of time, up to Monday, January 9, 2023, in which to file its response to plaintiff's second amended verified complaint.

4.     Per Rule 6(b)(1), "the court may, for good cause, extend the time" for filing an answer if the motion for extension is filed "before the original time or its extension expires."

5.      Defendants file this unopposed motion for extension before its deadline to response has expired. Defendants assert good cause exists because of the timing of the answer coming due during the holiday season when many commercial businesses, including those of defendant, are closed, because the defendants desire to examine the complaint and potentially limit the scope of matters at issue, and because this extension does not prejudice the plaintiffs or affect the scheduling order.

6.      Defendants confirm this motion is brought in good faith and not for the purpose of delay.

7.      Defendants have conferred with counsel for plaintiffs, who advised that they do not oppose the relief sought in this motion.

/s/Elbert L. Martin, IV
ELBERT L. MARTIN, IV
emartin@laulane.com
Florida Bar No. 98010
DAVID W. McCREADIE
dmccreadie@laulane.com
Florida Bar No. 308269
LAU, LANE, PIEPER,
CONLEY & MCCREADIE, P.A.
100 South Ashley Drive, Suite 1650
Tampa, Florida 33602
Tel: 813-229-2121
Fax: 813-228-7710
Attorneys for Defendants

## LOCAL RULE 3.01(g) CERTIFICATION

Per Local Rule 3.01(g), counsel for defendants conferred with counsel for plaintiff, who advised they do not oppose the relief sought in this motion.

/s/Elbert L. Martin, IV
ELBERT L. MARTIN, IV
Florida Bar No. 98010

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 30, 2022 the foregoing was filed with the

Clerk of Court using the CM/ECF system.

**/s/Elbert L. Martin, IV**
ELBERT L. MARTIN, IV
Florida Bar No. 98010
