UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BW TANKERS PTE LTD.,

    Plaintiff,

v.                                             Case No.: 8:22-cv-668-SCB-SPF

BARGE OSG 242 and TUG
OSG COLUMBIA, *in rem*,
OSG 242 LLC,
OSG COLUMBIA LLC, and
SHIP MANAGEMEWNT, INC.,
*in personam*,

    Defendants.
_____/

## *AMENDED CASE MANAGEMENT AND SCHEDULING ORDER*

    1.    **TRIAL:** This case is scheduled for a ***non-jury*** trial in Tampa, Florida, during the ***December 2023*** trial calendar. The trial is estimated to last ***2*** days.

    2.    **PRETRIAL CONFERENCE:** A Pretrial Conference will be held before the Honorable Susan C. Bucklew, United States District Judge, in Courtroom **10B** of the Sam M. Gibbons United States Courthouse, in Tampa, Florida on ***November 9, 2023, at 9:00 a.m.*** The parties are directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to adhere to all requirements in Local Rule 3.06 concerning final pretrial procedures. The parties must file a **JOINT** Pretrial Statement no later than ***7 days*** before the date of the Pretrial Conference. Failure to do so may result in the imposition of sanctions. The Pretrial Conference must be attended by trial counsel who is vested with full authority to make agreements touching on all matters pertaining to the trial.

    3.    **DISCLOSURE OF EXPERT REPORTS:** Plaintiff must disclose the identity of any expert witnesses and expert reports by ***May 1, 2023***. Defendants

must disclose the identity of any expert witnesses and expert reports by *June 15, 2023*. Expert rebuttal reports must be disclosed by *July 6, 2023*.

      4.    **DISCOVERY CUTOFF:** All discovery must be completed by the parties on or before *August 7, 2023*.

      5.    **MEDIATION:** The parties must participate in court-annexed mediation on or before *August 31, 2023*. The parties must file a stipulation selecting a mediator within *60* days after the date of this order. The list of certified mediators is available in the Clerk's Office or on the internet at **www.flmd.uscourts.gov**. Failure to timely select a mediator may result in the Court selecting a mediator. At least *45* days prior to the mediation deadline, Plaintiff is directed to file a Notice of Mediation that informs the Court of the date of the parties' mediation. The mediation must be attended by lead counsel, the parties or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. If a required person fails to attend mediation without first obtaining the Court's permission, the Court may sanction the unexcused absence. The mediator must file a Mediation Report within seven days after the mediation that indicates the result of the mediation and whether all required persons attended. The substance of the mediation is confidential, and no party, lawyer, or other participant is bound by, may record, or without the judge's approval may disclose any event, including any statement confirming or denying a fact — except settlement — that occurs during the mediation.

      6.    **DAUBERT MOTIONS:** Daubert motions must be filed on or before *August 31, 2023*. Responses thereto must be filed no later than *21 days* after the filing date of the motion.

      7.    **DISPOSITIVE MOTIONS:** Dispositive motions must be filed on or before *August 31, 2023*. Responses thereto must be filed no later than *21 days* after the filing date of the motion. Replies, if any, must be filed no later than *14 days* after the filing date of the response and must not exceed 7 pages. The following procedures must be followed by the parties:

      (a)    A party's claims or defenses for which summary judgment is sought must be presented in a single motion with a legal memorandum. Multiple motions for summary judgment will not be permitted.

      (b)    Pursuant to Rule 56, Fed. R. Civ. P., as interpreted by the Eleventh Circuit Court of Appeals, the parties are hereby put on notice that the Court will take any motion for summary judgment and all materials in support or in

opposition thereto under advisement as of the last day for filings pertaining to the motion for summary judgment, as that date is mandated by the rules of procedure or by order of the Court. **Failure to respond to a motion for summary judgment will indicate there is no opposition to the motion and may result in final judgment being entered without a trial or other proceeding.**

(c) Generally, the Court will **NOT** hold a hearing or oral argument on the motion.

8. Motions to amend any pleading or to continue the pretrial conference, trial or any other scheduled deadlines are distinctly disfavored after entry of the Case Management and Scheduling Order.

9. **CONSENT TO TRIAL BY MAGISTRATE JUDGE:** In accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties may consent to have the assigned United States Magistrate Judge conduct any or all further proceedings in this case, including the trial.

10. **NOTICE OF RESOLUTION:** Counsel must immediately notify Chambers or the Courtroom Deputy Clerk if their case has settled or otherwise resolved. (See Local Rule 3.09).

**DONE** and **ORDERED** at Tampa, Florida, this 25th of January 2023.

_____
SUSAN C. BUCKLEW
United States District Judge


Copies to:   All parties & Counsel of Record